Docusign Envelope ID: 1E1D291E-82B7-4B26-8947-B9220043B0BC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

RECEIVE
CLERK, GREE

for the

_____ District of _____

2024 OCT -8  AM 8: 32

_____ Division

|  |  |
|---|---|
| ROBERT W JOHNSON , | Case No. _____ |
| _____ | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* [X] Yes [ ] No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| BAD BOY PRODUCTIONS HOLDINGS INC , | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT JOHNSON |
| Address | 65 SIDNEY ST |
| | BUFFALO, NY 14211 |
| | *City*　　　　*State*　　　　*Zip Code* |
| County | ERIE |
| Telephone Number | 315-992-2103 |
| E-Mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | BAD BOY PRODUCTIONS HOLDINGS INC |
| Job or Title *(if known)* | CORPORATE |
| Address | 1440 BROADWAY |
| | NEW YORK , NY 10018 |
| | *City*　　　　*State*　　　　*Zip Code* |
| County | NEW YORK |
| Telephone Number | 212-381-2038 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity　[X] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | TIME WARNER INC |
| Job or Title *(if known)* | |
| Address | ONE TIME WARNER CENTER |
| | NEW YORK , NY 10019 |
| | *City*　　　　*State*　　　　*Zip Code* |
| County | NEW YORK |
| Telephone Number | 212-484-8000 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity　[X] Official capacity

Pro Se 11 (Rev. 12/16) Third–Party Complaint

| | |
|---|---|
| Name of Law Firm | WILLIE JOHNSON ESQ |
| Street Address | 65 SIDNEY ST |
| State and Zip Code | NEW YORK AND 14211 |
| Telephone Number | |
| E-mail Address | |